UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CLYDE JORDAN,<br>Plaintiff | CIVIL ACTION NO. 1:22-CV-00308 |
| VERSUS | JUDGE DRELL |
| WALMART INC.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Jordan's Motion to Amend (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that this lawsuit is REMANDED to the Tenth Judicial District Court, Natchitoches Parish, Louisiana.

IT IS FURTHER ORDERED that Walmart's Motion for Summary Judgment (ECF No. 38) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 10th day of October 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT